| **United States Bankruptcy Court**<br>**Northern District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**McConville, Nicole Christina** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Nicole McConville; AKA Nicole C. McConville** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-4741** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**37968 Canyon Heights Dr.**<br>**Fremont, CA**<br><br>ZIP Code **94536** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Alameda** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **Real estate investments** | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **McConville, Nicole Christina** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br><b>X  /s/ Geva Baumer</b>                                    <b>December  2, 2009</b><br>Signature of Attorney for Debtor(s)                        (Date)<br><b>Geva Baumer</b></td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)



_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| | |
|---|---|
| **Voluntary Petition** | Name of Debtor(s):<br>**McConville, Nicole Christina** |
| *(This page must be completed and filed in every case)* | |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Nicole Christina McConville
Signature of Debtor  **Nicole Christina McConville**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**December  2, 2009**
Date

### Signature of Attorney*

**X** /s/ Geva Baumer
Signature of Attorney for Debtor(s)

**Geva Baumer 220046**
Printed Name of Attorney for Debtor(s)

**Law Offices of Geva Baumer**
Firm Name

**405 14th St. Suite 410**
**Oakland, CA 94612**

_____
Address

**Email: gevabaumer@yahoo.com**
**(510) 500-4474  Fax: (510) 868-1044**
Telephone Number

**December  2, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of California

In re    **Nicole Christina McConville**                             Case No. _____

                                        Debtor(s)            Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Nicole Christina McConville**

**Nicole Christina McConville**

Date:   **December  2, 2009**

3 MAC ASSET PORTFOLIO
37968 CANYON HEIGHTS DR
Fremont, CA 94536


Adam C. Kent
Law Offices of Adam C. Kent
605 Middlefield Rd.
Redwood City, CA 94063


Aderiannus Schabbing
306 Heritage Dr.
Tracy, CA 95391


Afsar Shamlou
1187 Evergold St
San Diego, CA 92131


Agnes Kantere
865 Reina Del Mar Ave
Pacifica, CA 94044


Agron Astafa
651 Wilson Ct
Santa Clara, CA 95051


Alfredo Ramos
865 Reina Del Mar
Pacifica, CA 94044


Ali Elyassi
801 S Winchester Blvd #2303
San Jose, CA 95128

Americas Servicing Co
7485 New Horizon Way
Frederick, MD 21703


Andre Todd
746 Hillgirt Cr
Oakland, CA 94610


Andrew Narraway
1946 Buchanan St.
San Francisco, CA 94105


Angela Spangler
1045 Elfstone
Westlake Village, CA 91361


Angela Todd
865 Reina Del Mar Ave
Pacifica, CA 94044


Anne Marie Miller
5 Via Florida
Rancho Santa Margarita, CA 92688


Anthony Prince
3451 Gladstone Pl
Fremont, CA 94536


Araks Davoudi
21733 Bertram Rd
San Jose, CA 95120

Art Duran
3425 Decoto Rd
Fremont, CA 94555


Arthur Linn
3034
Fremont, CA 94536


Bac Home Loans Servici
450 American St
Simi Valley, CA 93065


Bac Home Loans/Countrywide
450 American St.
Simi Valley, CA 93065


Basir Momand
38748 Crane Terrace
Fremont, CA 94536


Bayview Financial Loan
4425 Ponce De Leon Blvd
Coral Gables, FL 33146


Brenden P. Brewer, Esq.
950 Northgate Dr., Suite 202
San Rafael, CA 94903


Carrington Mortgage Se
1610 E Saint Andrew Pl
Santa Ana, CA 92705

Chad Brandts
139 Landsdowne Loop
San Ramon, CA 94582


Chase Bank fka Washington Mutual
7757 Bayberry Rd
Jacksonville, FL 32256


Christy Voss
1261 Cristina Ave
San Jose, CA 95125


Clara McConville
37968 Canyon Heights Dr.
Fremont, CA 94536


County of Alameda Tax Collector
1221 Oak Street, Room 145,
Oakland, CA 94612


Cynthia Bowens
35955 Nickel St
Union City, CA 94587


David Campagna
400 Mac Arthur Ave
San Jose, CA 95128


Dean Shapiro
430 Canyon Woods Pl #E
San Ramon, CA 94582

Deborah Padilla
40151 Margery Court
Fremont, CA 94538


Dennis Ergas
983 Gold Nugget Cr
Lincoln, CA 95648


Dennis Romero
20379 Crow Creek Rd
Castro Valley, CA 94552


Diamond House Development
37968 CANYON HEIGHTS DRIVE
Fremont, CA 94536


Diego Allende
12187 N Via Piemonte
Clovis, CA 93619


Donna Piette
120 Quaddick Town Farm Rd.
Thompson, CT 06277


Edward Airth
3357 Surry Place
Fremont, CA 94536


Edward and Angela Schreiber
c/o Brenden Brewer, Esq.
905 Northgage Dr., Suite 202
San Rafael, CA 94903

Elliot Guins
3718 Colet Terr
Fremont, CA 94536


Emc Mortgage
3415 Vision Dr
Columbus, OH 43219


Emeliano Lastra
4113 Calaveras Dr
Concord, CA 94521


Emerald House Corporation
37968 CANYON HEIGHTS DRIVE
Fremont, CA 94536


Eugene Campbell
6588 Montcalm Ave
Newark, CA 94560


Fatlinda Astafa
651 Wilson Ct
Santa Clara, CA 95051


Floyd Thomas
315 Fourth St
Rodeo, CA 94572


Frances Greenspan
4 Via Alivio
Rancho Santa Margarita, CA 92688

Frank Pupillo
191 Fairhaven Rd
Worcester, MA 01606


Frederick Padilla
40151 Margery Court
Fremont, CA 94538


Gabe Allende
30 Satin Leaf Court
San Ramon, CA 94582


Gmac Mortgage
Po Box 4622
Waterloo, IA 50704


Graciela Vasquez
8861 Codhurst Dr
Pico Rivera, CA 90660


Gregory & Christina Righetti
c/o Brenden Brewer, Esq.
950 Northgate Dr., Suite 202
San Rafael, CA 94903


Gross Mortgage Corporation
1999 HARRISON ST STE 1650
Oakland, CA 94612


Gus Malliardokis
108 Lariat Court
Oakley, CA 94561

Heidi Lee
251 Peabody St
San Francisco, CA 94104


Homeq Servicing
Po Box 13716
Sacramento, CA 95853


Ireland Bowens
35955 Nickel St
Union City, CA 94587


Jack Thomas
1105 Kelez Dr.
San Jose, CA 95120


Jaclyn Corr
37426 Parish Cr
Fremont, CA 94536


Jacob Brown
172 Summerside Dr
Danville, CA 94526


James J. Kim, Esq.
2201 Broadway, Suite 803
Oakland, CA 94602


James McChesney
2464 Wayfarer Ct
Byron, CA 94514

James McConville
3206 Baumberg Ave.
Hayward, CA 94545


James Pickett
350 Cambridge # 200
Palo Alto, CA 94306-1573


Jami Lynn Hiller
1114 Cabanel Ln
Patterson, CA 95363


Janeth Alfonso
1928 Murphy Dr
San Pablo, CA 94806


Jason Aquirre
2458 Andover Dr
Union City, CA 94587


Jason Piette
3218 Baumberg Ave.
Hayward, CA 94545


Jason Williamson
182 W Santa Cruz Way
Tracy, CA 95391


Jennifer Thomas
3524 Farmhill Blvd, Unit 10
Redwood City, CA 94061

Jimmy Lujan
1585 Four Oaks Circle
San Jose, CA 95131


Jose Luis Posadas
43152 Lindenwood St
CA 94358


Joseph Lopez
1008 Zamora Dr
Pacifica, CA 94044


Juan Vasquez
36552 10th St
Newark, CA 94560


Juana Bernardo
24936 Joyce St
Hayward, CA 94544


Juana Sanchez
36626 Cherry St
Newark, CA 94560


Karishma Singh
4217 Queensboro Way
Union City, CA 94587


KEARNY MESA TOWNHOMES, LLC
37968 CANYON HEIGHTS DR
Fremont, CA 94536

Keith Radzik
32 Nelson St
Webster, MA 01570


Kim Sung
19550 Redwood Dr.
Castro Valley, CA 94546


Kirsten Woods
770 Saratoga Ave #T209
San Jose, CA 95129


Larry Rapiz
1114 Cabanel Ln
Patterson, CA 95363


Laura Caton
6555 Safroni Dr.
Oakland, CA 94611


Leon V. Roubinian, Esq.
P.O. Box 225249
San Francisco, CA 94122


Leslie Aguirre
2458 Andover Dr
Union City, CA 94587


Lina Marques
5824 Southbridge Way
Dublin, CA 94568

Lito Sanchez
53835 Blairmore
Dublin, CA 94568


Luis Perez
3289 Hyde St
Oakland, CA 94601


M Capital Funding LLC
201 1st St, Ste 100
Petaluma, CA 94952


Mansoor Sakhiy
4836 Monument St
Simi Valley, CA 93063


Marcus Campagna
420 B, Canyon Woods Pl
San Ramon, CA 94582


Margery Kraft
6555 Saroni Dr
Oakland, CA 94611


Maria Gonzales
344 Larson Lane
Greenfield, CA 93927


Maria Sahkiy
4836 Monument St
Simi Valley, CA 93063

Maria Shabbing
1070 Redstone Pl
Hayward, CA 94542


Mariam Rasuli
4836 Monument St
Simi Valley, CA 93063


Mark Lassagne
2699 Benson Court
Martinez, CA 94553


Melinda Gay
2700 Rose Ave
Ceres, CA 95307


Michael Ahkiapor
1953 Jonquil Common
Livermore, CA 94551


Michael Hernandez
333 Santana Tow #229
San Jose, CA 95128


Michael Magaro
537 Saint John St
Pleasanton, CA 94566


Naja Muller
532 7th St #A321
Oakland, CA 94607

Nancy J. Johnson, Esq.
Berliner Cohen
10 Alameda Blvd., 10th floor
San Jose, CA 95113-2233


NDex West LLC.
15000 Surveyor Blvd., Suite 500
Addison, TX 75001-9013


Norman Johnson
532 Tyrella Ave #45
Mountain View, CA 94043


Oma Haidarzada
2523 McLearen Lane
San Ramon, CA 94582


Parvin Shamlou
1218 Linder Hill Ct
San Jose, CA 95120


Patrick Renteria
1217 Richard Pl
Hayward, CA 94541


Patrick Ryan
4845 N Arcade Ave
Fresno, CA 93704


Paul Giffen
126 Belle St.
Pleasant Hill, CA 94523

Paul Harris
276 Tradewinds Dr #8
San Jose, CA 95123


Paul Piette
120 Quaddick Town Farm Rd
Thompson, CT 06277


Paul Quien
2209 Britannia Dr
Castro Valley, CA 94546


Rasul Rasuli
139 Landsdowne Loop
San Ramon, CA 94582


Richard Padilla
38623 Cherry Ln #135
Fremont, CA 94536


Ricky Sandoval
7730 N Princess Ave
Fresno, CA 93722


Robert Mendez
2151 Oakland Rd #438
San Jose, CA 95131


Robert Plowman
8321 Crotty Ways
Valley Springs, CA 95252

Sapphire Park House Corporation
37968 CANYON HEIGHTS DRIVE
Fremont, CA 94536


Scheer Law Group LLC
155 N. Redwood Drive, Suite 100
San Rafael, CA 94903


Shannon Corr
37426 Parish Cr
Fremont, CA 94536


Shawna Campagna
420 B, Canyon Woods Pl
San Ramon, CA 94582


Sommer Malliardokis
108 Lariat Court
Oakley, CA 94561


Specialized Loan Servi
8742 Lucent Blvd Ste 300
Highlands Ranch, CO 80129


Stephanie Guins
3718 Colet Terr
Fremont, CA 94536


Stewart Title of California Inc.
One Letterman Drive Bldg □□
#C300□□
San Francisco, CA 94129

Stonemark Asset Portfolio
1828 ST ANDREWS
Moraga, CA 94556


Terri Shapiro
430 Canyon Woods Pl #E
San Ramon, CA 94582


Tom Noble
350 Cambridge # 200
Palo Alto, CA 94306-1573


Vazgen  Davoudi
21733 Bertram Rd
San Jose, CA 95120


Venus Baktaria
4201 Norwalk Dr, D304
San Jose, CA 95129


Vera Tovar
5940 Winged Foot Dr
Gilroy, CA 95020


Veronica Padilla
38623 Cherry Ln #135
Fremont, CA 94536


Vicki Jenkins
35086 Camino Capistrano
Capistrano Beach, CA 92624

Victoria Linn
Dickens Ct
Fremont, CA 94536


Wilshire Credit Corp
1776 Sw Madison St
Portland, OR 97205


Yolanda Posadas
43152 Lindenwood St
Fremont, CA 94538


Zheyan Haidarzada
2532 McLearen Lane
San Ramon, CA 94582