KEVIN HAHN, #231579
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 09-71561 |
| NICOLE CHRISTINA MCCONVILLE, | RS No. KH-796 |
| Debtor. | Chapter 7 |
| CARRINGTON MORTGAGE SERVICES, LLC, servicer and attorney in fact for Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2, and its successors and/or assignees, | **CARRINGTON MORTGAGE'S MOTION FOR RELIEF FROM AUTOMATIC STAY** <br><br> HEARING DATE: <br> DATE: February 19, 2010 <br> TIME: 11:00 A.M. <br> CTRM: 201 |
| Movant, | |
| vs. | |
| NICOLE CHRISTINA MCCONVILLE, Debtor, and Tevis Thompson, Trustee, | |
| Respondents. | |

**TO THE HONORABLE LESLIE J. TCHAIKOVSKY, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

CARRINGTON MORTGAGE SERVICES, LLC, servicer and attorney in fact for Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2, and its successors and/or assignees ("CARRINGTON MORTGAGE"), hereby moves this Court for an order terminating the automatic stay of 11 U.S.C. §362 as to Movant in the above-

entitled and numbered case so that Movant may commence and continue acts necessary to enforce its security interest in real property commonly known as 1159 79th Avenue, Oakland, CA 94621.

CARRINGTON MORTGAGE requests relief from stay in the above numbered Chapter 7 case because there is no equity in the Property to benefit the Debtor or the estate and Movant's interest is not protected by an adequate equity cushion. The Property is being surrendered as stated in the Statement of Intentions.

This Motion is based upon the attached Declaration and the Memorandum of Points and Authorities attached hereto, as well as upon the documents filed in support of the Motion.

DATED: January 25, 2010          Respectfully Submitted,

MALCOLM ♦ CISNEROS, A Law Corporation

By: /s/ *Kevin Hahn*
    KEVIN HAHN
    Attorneys for Movant